# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2013

Robert P. Young, Jr.,
Chief Justice

146219

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE CITY OF TROY,
      Plaintiff-Appellee,

v

                                         SC:  146219
                                         COA:  305646

JOHN VINCENT HAGGARTY,
      Defendant-Appellant.

Oakland CC:  2011-009386-AR

_____/

On order of the Court, the application for leave to appeal the September 27, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2013

_____
Clerk

h0325